**No. 38864.**—Protests 226531–G, etc., of John Wanamaker (New York).

Opinion by Tilson, J.  In accordance with stipulation of counsel artificial flowers similar to those involved in *Robinson-Goodman* v. *United States* (17 C. C.

# 316

P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419 and articles in chief value of compounds of cellulose at 60 percent under paragraph 31.